United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELE FUKUDA,

    Plaintiff,

  v.

CITIBANK dba AT&T UNIVERSAL CARD,

    Defendant
                                      /

No. C-08-5480 MMC

**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

        On December 11, 2008, defendant Citibank (South Dakota), Inc., erroneously sued herein as Citibank dba AT&T Universal Card, electronically filed a motion to dismiss. Defendant has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

        Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Defendant is hereby advised that if it fails in the future to comply with General Order 45 and the Court's Standing Order to provide a chambers copy of each

1  electronically-filed document, the Court may impose sanctions, including, but not limited to,
2  striking from the record any electronically-filed document of which a chambers copy has not
3  been timely provided to the Court.
4  **IT IS SO ORDERED.**

6  Dated: December 22, 2008

                                                    _____
                                                    MAXINE M. CHESNEY
                                                    United States District Judge