STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
MARCOS D. SASSO (State Bar No. 228905)
A. R. KACHADOORIAN (State Bar No. 240601)
2029 Century Park East
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A., incorrectly
identified as CITIBANK dba AT&T UNIVERSAL CARD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE FUKUDA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK dba AT&T UNIVERSAL CARD,<br><br>Defendant. | Case No. 08 CV 5480 MMC<br><br>Assigned to the Honorable Maxine M. Chesney<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS OF DEFENDANT CITIBANK (SOUTH DAKOTA), N.A.**<br><br>L.R. 7-7<br><br>**Proposed Hearing Date:**<br>Date: February 13, 2009<br>Time: 9:00 a.m.<br>Courtroom: 7 |

## STIPULATION

WHEREAS, the hearing on the Motion of Defendant Citibank (South Dakota), N.A., incorrectly identified as Citibank dba AT&T Universal Card ("Citibank"), to Dismiss the Complaint (the "Motion"), currently is scheduled for January 23, 2009 at 9:00 a.m. in Courtroom 7 of the above captioned Court before the Honorable Maxine M. Chesney;

WHEREAS, as of the date of this Stipulation, Plaintiff Michele Fukuda ("Fukuda") has not filed an Opposition to the Motion;

WHEREAS, due to an unavoidable scheduling conflict, counsel for Citibank no longer is available to attend the hearing on January 23, 2009;

WHEREAS, the parties have agreed, through their counsel of record, to continue the hearing on Citibank's Motion to February 13, 2009 at 9:00 a.m.; and

WHEREAS, the parties also have agreed, through their counsel of record, that the date to file any Opposition and Reply in connection with the Motion shall run from the new hearing date.

IT IS HEREBY STIPULATED between the parties, through their counsel of record, pursuant to Local Rules 6-1 and 7-7, that the hearing date for Citibank's Motion shall be set for February 13, 2009 at 9:00 a.m. and that the date to file any Opposition and Reply in connection with the Motion shall run from the new hearing date.

Dated: January 6, 2009                IRV BERG

                                      By:  _____/s/_____
                                              Irv Berg
                                          Attorney for Plaintiff

Dated: January 6, 2009                STROOCK & STROOCK & LAVAN LLP

                                      By:  _____/s/_____
                                            Marcos D. Sasso
                                         Attorneys for Defendant

- 1 -
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS
08 CV 5480 MMC

LA 51110212v1

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

///

///

### ~~[PROPOSED]~~ ORDER

Based on the foregoing stipulation of counsel and good cause appearing therefore, IT IS HEREBY ORDERED that the hearing date for Citibank's Motion shall be February 13, 2009 at 9:00 a.m. and that the date to file any Opposition and Reply in connection with the Motion shall run from the new hearing date.

IT IS SO ORDERED.

Dated:  January 8, 2009

_____
Hon. Maxine M. Chesney
United States District Court

LA 51110212v1